Order denying motion for a new trial upon the ground of newly-discovered evidence affirmed, with costs. No opinion. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

Morris Balzer, Appellant, v. Louise Burgevin, Respondent.— Motion to dismiss appeal denied on condition that appellant within five days pay ten dollars costs, perfect the appeal for the December term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

Samuel Blank and Others, Appellants, v. Morris B. Evens, Respondent.— Motion for stay denied and temporary stay vacated, without costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

Violet A. Budd, Appellant, v. William Hardenburg Budd and Others, Respondents.— Motion to dismiss appeal denied, without costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

Harry C. Harris, Respondent, v. Bessie Abramsky, as Administratrix, etc., of Barnet Abramsky, Deceased, Appellant.— Motion to open default granted and order dismissing the appeal vacated, upon condition that appellant perfect the appeal for the December term (for which term this case is set down), and be ready for argument when reached; otherwise, motion to open default denied, with ten dollars costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

Harry Hastings Attractions, Respondent, v. Tom Howard, Appellant.— Motion to suspend operation of the injunction order pending appeal denied and stay vacated, on condition that within five days plaintiff file an additional surety company undertaking in the sum of $4,000 to indemnify defendant against any loss; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

Slaughter W. Huff and Another, as Receivers, etc., Appellants, v. The City of New York and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

In the Matter of the Application of Moses Cherry for a Peremptory Writ of Mandamus Directed to John Isbister, as Building Inspector of the Village of Larchmont.— Motion to resettle order granted. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ. Settle order on notice before Mr. Justice Kelby.

Loula Mae McLean, Appellant, v. John C. Clark and The Farmers' Loan and Trust Company, as Executors and Trustees, etc., and Others, Respondents.— Motion to dismiss appeal granted, with leave to appellant to move to restore the case upon papers showing merit in the appeal, in accordance with rule 12.* Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

The People of the State of New York, Respondent, v. Frank De Martine, Appellant.— Motion to dispense with printing papers on appeal granted. Points to be printed. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

Harry Schurr, Respondent, v. A. & S. Construction Company, Inc., and

---

* App. Div. Rules, 2d Dept., rule 12.— [Rep.

Others, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the November term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

HARRY SIEGEL, Respondent, v. EDWARD H. SCHWARTZ, Appellant.— Motion to vacate stay granted, with ten dollars costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

H. F. SINCLAIR, etc., Respondent, v. JAMES S. JOHNSON, etc., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

SOVEREIGN CAMP OF THE WOODMEN OF THE WORLD, Plaintiff, v. THORKEL OLSEN, Appellant. CAROLINE OLSEN CARBERRY, Respondent.— Motion to allow the submission of certain exhibits, and dispense with printing of same, granted, without costs. Blackmar, P. J., Manning, Kelby and Young, JJ., concur; Jaycox, J., taking no part.

GIOACCHINO STABILI, Respondent, v. JOSEPH P. DAY, Appellant.— Motion denied on condition that appellant perfect the appeal for the December term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

WILLIAM A. STRATT, Appellant, v. FREDERICK E. WOOD and Others, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the December term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

IDA THOMASHEFSKY, Respondent, v. HARRY THOMASHEFSKY, Appellant.— Motion to dismiss appeal denied upon condition that within five days defendant pay ten dollars costs, and upon the further condition that the case be argued on Monday, November 6, 1922, for which day it is set down; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

SAMUEL TUCHBAND, Respondent, v. ALEXANDER SIMCHOW and Another, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the November term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

HENRY GEORGE AUERBACH and DEWEY AUERBACH, Respondents, v. MARYLAND CASUALTY COMPANY, Appellant.— Order reversed on the law, with ten dollars costs and disbursements, and judgment directed for the defendant dismissing the complaint, with costs, with leave to the plaintiffs to amend their complaint within twenty days upon payment of costs. We think the complaint is insufficient in failing to state the facts relied on by plaintiffs as showing bad faith on the part of defendant in the protection of plaintiffs' rights. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

NATHAN BARKAN, Respondent, v. LEXINGTON MOTOR COMPANY OF NEW YORK, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.